IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KEVIN ELWOOD BULLOCK, | ) |
| | ) |
| Petitioner, | ) |
| | ) 1:18CV966 |
| v. | ) 1:01CR294-1 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner, has submitted a Motion [Doc. #77] to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. This Motion cannot be further processed because court records reveal that Petitioner previously attacked the same conviction and sentence in a prior § 2255 motion [No. 1:03CV194]. Consequently, Petitioner must move in the United States Court of Appeals for the Fourth Circuit for an order authorizing this district court to consider the current Motion, as required by 28 U.S.C. § 2255 and 28 U.S.C. § 2244, and must receive that order allowing him permission to file a second or successive § 2255 Motion. See AO 243 (MDNC 10/07), Instructions, ¶ (4).[1] Because of this pleading

---

[1]The Court notes that docket reflects that Petitioner filed a Motion seeking authorization for a second or successive motion from the Fourth Circuit, but that request was denied. He cannot file his § 2255 Motion without receiving authorization.

failure, this particular Motion should be dismissed without prejudice to Petitioner refiling it if he receives proper permission.

IT IS THEREFORE RECOMMENDED that this action be filed and then dismissed *sua sponte* without prejudice for failure to obtain certification for this § 2255 application by obtaining authorization in the Court of Appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

This, the 8th day of July, 2019.

/s/ Joi Elizabeth Peake
United States Magistrate Judge